# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| WENDY HOOVER, | : | Case No. 3:17-cv-256 |
| | : | |
| Plaintiff, | : | Magistrate Judge Sharon L. Ovington |
| | : | (by full consent of the parties) |
| vs. | : | |
| | : | |
| NANCY A. BERRYHILL, | : | |
| COMMISSIONER OF SOCIAL | : | |
| SECURITY, | : | |
| | : | |
| Defendant. | : | |

## DECISION AND ENTRY

This social security case is presently before the Court on the parties' Joint Stipulation to Remand to Remand to the Commissioner. (Doc. #12). The parties agree that the prior non-disability finding should be vacated and this matter be remanded to the Commissioner pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g), and respectfully request this Court enter an appropriate order with judgment. Upon receipt of the Court's order, the Appeals Council will remand the matter to an Administrative Law Judge for further proceedings. During said proceedings, the medical opinions of record will be reweighed under the relevant regulations, Plaintiff's residual functional capacity will be reassessed in light of all her medically determinable impairments, and her subjective allegations will be reconsidered.

**IT IS THEREFORE ORDERED THAT:**

1. The parties' Joint Stipulation to Remand to the Commissioner (Doc. #12) is **ACCEPTED**;

2. The Clerk of Court is directed to enter Judgment in Plaintiff's favor under Fed. R. Civ. P. 58;

3. This matter is **REMANDED** to the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for further consideration consistent with this Decision and Entry and the parties' stipulation; and

4. The case is terminated on the docket of this Court.

**IT IS SO ORDERED.**

March 23, 2018                                    *s/Sharon L. Ovington*
                                                                  Sharon L. Ovington
                                                                  United State Magistrate Judge